IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEPHEN WYCHE,<br><br>    Petitioner,<br><br>       v.<br><br>DAVID FRAZIER,<br><br>    Respondent. | <br><br><br><br>CIVIL ACTION FILE<br>NO. 1:07-CV-1962-TWT |

ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending that the Petition be dismissed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 25 day of February, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge